IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| SANDRA OLSON, MELISSA WOODALL, LINDSEY JOHNSON, JENNIFER KNOP, TONI LEMBERG, SUZANNE TREADWELL, RANDI MAKARAS, BETH ROGALA, and ALLISON SEUBERT, | ) ) ) ) ) ) | No. 16-cv-01179 |
| Plaintiffs, | ) ) | Honorable Judge Philip G. Reinhard |
| v. | ) ) | Magistrate Judge Iain D. Johnston |
| LTF CLUB MANAGEMENT COMPANY, INC., | ) ) ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant LTF Club Management Company, LLC ("Defendant" or "LTF"), incorrectly identified as LTF Club Management Company, Inc., by and through its attorneys, Jackson Lewis P.C., hereby respectfully notifies the Court of a recent decision which may be relevant to the Court's consideration of Defendant's pending Motion to Dismiss. In support of that Motion, Defendants presented authority that, to allege a claim for minimum wage damages under the Fair Labor Standards Act ("FLSA"), Plaintiffs must do more than merely "allege that the employer failed to pay the employee minimum wages or overtime wages" to state an FLSA claim that meets the Rule 12(b)(6) standard. *Landers v. Quality Comm. Inc.*, --- F.3d ----, No. 12-15890, 2014 U.S. App. LEXIS 21440, *7 (9th Cir. Nov. 12, 2014).

In further support of this proposition, Defendant brings the recent decision by Judge Amy St. Eve of the United States District Court for the Northern District of Illinois in *Hughes v.*

*Scarlett's G.P., Inc.*, Case No. 15-cv-5546 (N.D. Ill. Aug. 8, 2016) to the Court's attention.[1]  In *Hughes*, Judge St. Eve held that "while the minimum wage provision of the FLSA sets forth hourly rates . . . courts generally construe FLSA and [Illinois Minimum Wage Law] claims to apply to the work-week unit." *Huges* at 4.  "To state a FLSA claim under the workweek averaging approach, then, the plaintiffs must plausibly allege at least one workweek for which the compensation they received, divided by their total compensable time, failed to meet the FLSA minimum [hourly] wage." *Hughes* at 5 (quoting *Hirst v. Skywest, Inc.*, No. 15 C 02036, 2016 WL 2986978, at *5 (N.D. Ill. May 24, 2016) (Tharp, J.).  Judge St. Eve then held that "Plaintiffs offer no workweek allegations raising 'a reasonable expectation that discovery will reveal evidence to support liability for the wrongdoing alleged.'" *Id.* (*citing Adams v. City of Indianapolis*, 742 F.3d 720 (7th Cir. 2014)).  "Indeed, Plaintiffs have neither alleged a single workweek in which they worked at least 40 hours . . . nor estimated their average workweek during the applicable period and the average rate at which [they were] paid . . . or any other facts that will permit a court to find plausibility." *Hughes* at 6 (internal quotations and citations omitted).  "Absent some factual context that will nudge [Plaintiffs'] claim from conceivable to plausible, Plaintiffs have not met their burden against a Rule 12(b)(6) challenge." *Id.* (internal quotations and citations omitted).  Accordingly, Plaintiffs' claims under the FLSA and Illinois Minimum Wage Law were dismissed with prejudice.

Dated: August 18, 2016    **LTF CLUB MANAGEMENT COMPANY, LLC, incorrectly identified as LTF Club Management Company, Inc.**

By: /s/ Jeffrey L. Rudd
   One of Its Attorneys

---

[1] A copy of the decision is attached as Exhibit A.

       Monica H. Khetarpal
       Jeffrey L. Rudd
       JACKSON LEWIS P.C.
       150 N. Michigan Ave., Suite 2500
       Chicago, Illinois 60601
       Monica.Khetarpal@jacksonlewis.com
       Jeffrey.Rudd@jacksonlewis.com
       (312) 787-4949
       (312) 787-4995 Fax

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on August 18, 2016, he caused a true and correct copy of the foregoing **DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS** to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

/s/ Jeffrey L. Rudd

Monica H. Khetarpal
Jeffrey L. Rudd
JACKSON LEWIS P.C.
150 N. Michigan Ave., Suite 2500
Chicago, Illinois 60601
Monica.Khetarpal@jacksonlewis.com
Jeffrey.Rudd@jacksonlewis.com
(312) 787-4949
(312) 787-4995 Fax