IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| SANDRA OLSON, MELISSA WOODALL, LINDSEY JOHNSON, JENNIFER KNOP, TONI LEMBERG, SUZANNE TREADWELL, RANDI MAKARAS, BETH ROGALA, and ALLISON SEUBERT | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | Case No. 16-cv-01179 |
| vs. | ) ) | Honorable Phillip G. Reinhard |
| LTF CLUB MANAGEMENT COMPANY, LLC, | ) ) | Honorable Iain Johnston |
| Defendant. | ) | |

**MOTION TO STRIKE DEFENDANT'S NOTICE OF
SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS**

Plaintiffs, Sandra Olson, Melissa Woodall, Lindsey Johnson, Jennifer Knop, Toni Lemberg, Suzanne Treadwell, Randi Makaras, Beth Rogala, and Allison Seubert, by and through their attorneys, Zukowski, Rogers, Flood & McArdle, and in support of its Motion to Strike Defendant's Notice of Supplemental Authority in Support of its Motion to Dismiss, states as follows:

1. Defendant's Motion to Dismiss was due April 27, 2016. Defendant's reply was due May 25, 2016.

2. On August 18, 2016, Defendant filed a sur-reply in support of its Motion to Dismiss. In its sur-reply, Defendant seeks to supplement its previously filed Motion to Dismiss with a recently decided Northern District of Illinois case, *Hughes v. Scarlett's G.P.*, Inc., Case No. 15-cv-5546 (N.D. Ill. Aug. 8, 2016).

3. At no point in time before filing its sur-reply did the Defendant seek leave of court, in violation of the Court's rules of Motion Practice, which state "[s]urreplies and

1

surrebuttals are discouraged and leave of court must be obtained to file them." See

http://www.ilnd.uscourts.gov/PrintContent.aspx?cmpid=469, attached hereto as **Exhibit A**.

    4.    Furthermore, even if the cited case held what Defendant argues it does, which it does not, a case from a lateral district court is of no binding or mandatory precedence on this Honorable Court, pursuant to the legal principle of the *stare decisis*. *Joy v. Penn-Harris-Madison Sch. Corp.*, 212 F.3d 1052 (7th Cir. 2000).

WHEREFORE, Plaintiffs respectfully request that the court enter an order striking the Defendant's Notice of Supplemental Authority in Support of Its Motion to Dismiss.

> **Sandra Olson, Melissa Woodall, Lindsey Johnson, Jennifer Knop, Toni Lemberg, Suzanne Treadwell, Randi Makaras, Beth Rogala, and Allison Seubert**
>
> /s/ Jacob D. Caudill
> One of their Attorneys
>
> Bradford S. Stewart, Atty. No. 6310252
> Jacob D. Caudill, Atty. No. 6320420
> Zukowski, Rogers, Flood & McArdle
> Attorneys for Plaintiffs
> 50 Virginia Street, Crystal Lake, IL 60014
> Phone: (815)459-2050
> FAX: (815)459-9057